# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2016

153669-70

*In re* Estate of KENNETH JAMES KOEHLER
_____

SHERRY BIERKLE, Personal Representative of
the Estate of KENNETH JAMES KOEHLER,
   Appellant,
v

ERNEST LEE UMBLE,
   Appellee.
_____/

*In re* Estate of KENNETH JAMES KOEHLER
_____

SHERRY BIERKLE, Personal Representative of
the Estate of KENNETH JAMES KOEHLER,
   Appellant,
and

JOESPH YORK, EDMUND YORK, RONALD
McKEEL, DANIEL McKEEL, GREGORY
McKEEL, MICHAEL SIES, NANCY
SCHREIBER, and TERRI CARTER,
   Interested Persons,
v

ERNEST LEE UMBLE,
   Appellee.
_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 153669
COA: 322996
Oakland Probate Ct:
  2012-341834-DE

SC: 153670
COA: 322997
Oakland Probate Ct:
  2012-341834-DE

On order of the Court, the application for leave to appeal the March 24, 2016 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2016



Clerk

t1214